IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERMAINE MERRIWEATHER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1699

Opinion filed August 12, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Jermaine Merriweather, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is denied on the merits.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.